UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert E. Perdue,

    Plaintiff,

        v.                                                        Case No.   1:13cv878

Ohio Department of Corrections, *et al.*,          Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 15, 2014 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 12) in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981. No objections to the Magistrate Judge's Report and Recommendation (Doc. 12) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.**   Plaintiff's claims against defendants Ohio Department of Rehabilitation and Corrections, Gary C. Mohr, and the Southern Ohio Correctional Facility (SOCF) are **DISMISSED.**   Plaintiff's claims pertaining to the RIB proceedings and the theft/destruction of his personal property, and the adequacy of the SOCF food are also **DISMISSED**.   Consistent with the Magistrate Judge's Recommendation, *see* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

    **IT IS SO ORDERED.**

                                                                  *s/Michael R. Barrett*
                                                                    Michael R. Barrett
                                                                    United States District Judge